# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-41543
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 28, 2017

Lyle W. Cayce
Clerk

Consolidated with 16-41539

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JORGE LUIS POSADA-GUEVARA,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 2:16-CR-452-1
USDC No. 2:16-CR-636-1

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jorge Luis Posada-Guevara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-41543
c/w No. 16-41539

F.3d 229 (5th Cir. 2011).  Posada-Guevara has filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Posada-Guevara's response.  We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  *See* 5TH CIR. R. 42.2.